# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

SARAH CREBASSA,

    Plaintiff(s),

 v.

THE CITIZENS REVIEW JOURNAL,

    Defendant(s).

Case No. 2:17-CV-2278 JCM (BNW)

ORDER

Presently before the court is Magistrate Judge Leen's report and recommendation ("R&R"). (ECF No. 7).

Judge Leen recommends dismissing the instant action for pro se plaintiff Sarah Crebassa's failure to comply with the court's order. *Id.* at 1 (referring to ECF No. 5). The court screened plaintiff's complaint, allowed her claim, and instructed plaintiff to file an amended complaint on or before October 12, 2018. (ECF No. 5). To date, plaintiff has not filed an amended complaint.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United*

**James C. Mahan**
**U.S. District Judge**

*States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

Nevertheless, this court conducted a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and attendant circumstances, this court finds good cause appears to adopt the magistrate judge's findings in full.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Leen's R&R (ECF No. 7) be, and the same hereby is, ADOPTED.

IT IS FURTHER ORDERED that plaintiff's complaint is hereby DISMISSED without prejudice.

The clerk is instructed to enter judgment and close the case accordingly.

DATED March 11, 2020.

_____
UNITED STATES DISTRICT JUDGE